UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DANIEL ROACH, )  | | |
| Plaintiff, ) | | |
| ) | | |
| vs. ) | | 1:04-cv-1746 RLY/TAB |
| ) | | |
| PEDIGO HOLDINGS, INC., d/b/a PEDIGO ) | | |
| CHEVROLET and BOB PEDIGO, ) | | |
| Defendants. ) | | |

## FINAL JUDGMENT

Comes now the court, having **GRANTED** Defendants' Motion for Summary Judgment, and enters final judgment in Defendants' favor and against Plaintiff.

Dated: January 6, 2006.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Laura Briggs, Clerk
United States District Court

_____
Deputy Clerk, U.S. District Court

Electronic copies to:

Gregory Edward Bekes
GROTKE & BEKES
gbpc@att.net

Stephen L. Due
BINGHAM MCHALE
sdue@binghammchale.com

Allen Edward Grotke
GROTKE & BEKES
gbpc@att.net

Scott R. Leisz
BINGHAM MCHALE, LLP
sleisz@binghammchale.com

Michael W. Padgett
BINGHAM MCHALE LLP
mpadgett@binghammchale.com

John Robert Panico
GROTKE & BEKES
jrpanico@att.net